# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK TIMOTHY HEGARTY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Civil A. No. 2:21-21 |
| THE BANK OF NEW YORK MELLON CORPORATION a/k/a BNY MELLON, | ) ) ) |
| Defendant. | ) ) ) |

## **ORDER**

AND NOW, this 13th day of June, 2022, IT IS HEREBY ORDERED that judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure is entered in favor of Defendant The Bank of New York Mellon Corporation a/k/a BNY Mellon and against Plaintiff Patrick Timothy Hegarty.

s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge
